No. 130, Misc.  BLOXOM  v.  MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 131, Misc.  HARVELL  v.  INDIANA.  Circuit Court of St. Joseph County, Indiana.  Certiorari denied.

No. 132, Misc.  MAHLER  v.  MICHIGAN.  Circuit Court of Branch County, Michigan.  Certiorari denied.

No. 134, Misc.  REICKAUER  v.  SMYTH, SUPERINTEND- ENT, VIRGINIA STATE PENITENTIARY.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 141, Misc.  SMITH  v.  UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 142, Misc.  HORODECKI  v.  RAGEN, WARDEN. Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 147, Misc.  GALLAGHER  v.  DAY, WARDEN.  Su- preme Court of Pennsylvania, Eastern District.  Cer- tiorari denied.

No. 153, Misc.  RUSSEK  v.  PENNSYLVANIA.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 154, Misc.  SIMMONS  v.  NEW YORK.  Court of Appeals of New York and Appellate Division of the Supreme Court of New York, Fourth Judicial Depart- ment.  Certiorari denied.

No. 155, Misc.  PLUE  v.  CUMMINGS, WARDEN.  C. A. 2d Cir. and United States District Court for the District of Connecticut.  Certiorari denied.